PHILIP OTTMANN, Appellant, *v.* BLAUGAS COMPANY OF CUBA, Defendant; LEWIS A. CUSHMAN et al., Respondents, and MYRON SULZBERGER, Appellant.

Reported below, 171 App. Div. 197.
(Argued November 20, 1916; decided November 28, 1916.)

MOTION to dismiss appeals from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 29, 1916, which reversed as to defendants, respondents, a judgment of Special Term in favor of plaintiff in an action by a purchaser of stock for rescission of his purchase on the ground of fraud and for damages.

The motion to dismiss as to plaintiff, appellant, was made upon the ground that the appeal was frivolous and presented no question which the Court of Appeals could review. The motion to dismiss as to defendant, appellant, was made upon the ground of failure to file the required undertaking.

*Clarence De Witt Rogers* for motion.

*John K. M. Ewing* opposed.

Motion to dismiss appeal of plaintiff denied, with ten dollars costs.

Motion to dismiss appeal of defendant Sulzberger granted and said defendant's appeal dismissed, with costs and ten dollars costs of motion.